IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

1 OF 8

Provided to Walton CI
On 12-20-24 for Mailing
Date
By (officer initials) [illegible]

JJW

John J. Wilson, JR
plaintiff

Vs. CASE No.: 3:24-cv-00616-MW-HTC

Ricky Dixon, et al
DEFENDANTS

OBJECTIONS TO MAGISTRATE'S REPORT & RECOMMENDATIONS WITH NEW EVIDENCE OF FORMAL GRIEVANCE LOG #24-6-37429, PROVING "PLAINTIFF'S CLAIM OF IMMINENT DANGER OR THREAT OF SERIOUS PHYSICAL INJURY"

Plaintiff Hereby Respectfully and unequivocally Assents the fact He is under threat of imminent

FILED USDC FLND PN
DEC 27 '24 PM12:55

PHYSICAL INJURY, INVOKING THE EXCEPTION, PURSUANT TO 28 U.S.C. §1915 (g) UNDER THE PLRA, TO BE GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS, AND IN SUPPORT OF THE OBJECTIONS TO THE MAGISTRATE'S REPORT, PLAINTIFF WOULD RESPECTFULLY STATE:

1) THE PERPETRATOR OF THE INCIDENT OCCURRING ON 11/15/24 INVOLVING THE THE SEXUAL ASSAULT IS STILL AT LARGE, AND WANDERING FREELY ON THE WALTON PRISON COMPOUND, MAKING VIOLENT THREATS.

2) PLAINTIFF HAS COME ACROSS PERPETRATOR TWICE SO FAR: ONCE IN THE MEDICAL ANNEX,

AND ONCE AT THE SECURITY GATE AS HE WAS BEING RELEASED FROM CONFINEMENT.

3) THIS INDIVIDUAL HAS THREATENED PLAINTIFF'S LIFE ON PRIOR OCCASSIONS, AND PLAINTIFF BEARS THE INJURIES OF PUNCTURE WOUNDS FROM AN IMPROVISED OBJECT THAT PLAINTIFF WAS STABBED WITH BY THE PERPETRATOR DURING THE EPISODE OF THE SEXUAL ASSAULT, OCCURRING ON 11/15/24.

4) PLAINTIFF HEREBY ATTACHED FORMAL INMATE GRIEVANCE LOG # 24-6-37429, SPECIFICALLY

STATING THE IMMINENT THREAT AND DANGER OF SERIOUS THREAT PHYSICAL INJURY HE IS UNDER, AS EVIDENCED BY HIS STATEMENT IN FORMAL GRIEVANCE LOG# 24-6-37429, THAT: "I HAVE YET TO BE PLACED ON [PROTECTION MANAGEMENT] STATUS, OR BE ASSIGNED TO I.C.T. TO EVALUATE MY SAFETY CONCERNS RETURNING TO THE WALTON COMPOUND." SEE ATTACHED FORMAL GRIEVANCE LOG # 24-6-37429.

5. PLAINTIFF IS JUST IN RECEIPT OF HIS FORMALLY FILED GRIEVANCE LOG # 24-6-37429 AS OF 12/16/2024.

LEGAL ARGUMENT

"IN REVIEWING WHETHER THE NON-

MOVING PARTY HAS MET ITS BURDEN, THE [C]OURT MUST STOP SHORT OF WEIGHING THE EVIDENCE AND MAKING CREDIBILITY DETERMINATIONS OF THE TRUTH OF THE MATTER." TIPTON V. BERGROHR GMBH-SIEGEN, 965 F.2d 994, 998-99 (11TH CIR. 1992) (CITATIONS OMITTED). "INSTEAD, THE EVIDENCE OF THE NON MOVANT IS TO BE BELIEVED, AND ALL JUSTIFIABLE INFERENCES ARE TO BE DRAWN IN HIS FAVOR." Id. AT 999 (CITATIONS AND INTERNAL QUOTATIONS OMITTED).

IT WAS ALSO FAILED TO BE CITED IN THE MAGISTRATE'S REPORT THAT THIS COMPLAINT WAS FILED AS A "MONELL CLAIM." SEE MONELL V.

Dep't of Soc. Servs., 436 U.S. 658, 694 98 S. Ct. 2018, 56 L. Ed 2d 611 (1978), holding that an employing entity is liable under 42 U.S.C. § 1983 for an official's constitutional violation if the violation was based on the entity's policy or custom, or if the official is one whose edicts or acts may fairly be said to represent official policy.

The "custom or policy" alleged here at Walton C.I., puts plaintiff's life or person at risk for keeping victim & perpetrator of a prior assault on the same compound, where physical proximity between

VICTIM & PERPETRATOR IS ACCESSIBLE, CREATING A DANGEROUS CONDITION.

FINALLY, AS ALLEGED IN THE FOOTNOTES OF PG 1 OF 5 OF MAGISTRATE'S REPORT, IF COMPLAINT WAS NOT FILED ON THE CORRECT FORMS, PLAINTIFF RESPECTFULLY REQUESTS THE NECESSARY FORMS, AND PLEADS FOR LEAVE TO AMEND THE COMPLAINT.

PLAINTIFF ALSO RESPECTFULLY REQUESTS AN ORDER TO BE PROVIDED TO HIS CURRENT INSTITUTION FOR HIS 6 MONTH ACCT STATEMENT. HE HAS SUBMITTED THREE PRIOR

"INMATE REQUESTS," WITHOUT ANY OF THEM BEING ACKNOWLEDGED OR RESPONDED TO.

## CONCLUSION

LEAVE GRANTED TO PROCEED IN FORMA PAUPERIS BY THE COURT, BASED ON CREDIBLE EVIDENCE OF PLAINTIFF'S IMMINENT DANGER OF SERIOUS PHYSICAL INJURY, AS STIPULATED AS THE EXCEPTION UNDER THE PLRA, PURSUANT TO 28 U.S.C. § 1915 (G).

## CERTIFICATE OF SERVICE

RICKY DIXON, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FL 32399-2500

RESPECTFULLY SUBMITTED

[signature]

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
NOV 25 2024
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Wilson John J. | M86-232 | Walton C.I. |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

Part A – Inmate Grievance 24-6-37429

THE PREA INCIDENT OCCURRING ON FRIDAY, 11/15/24 IN CELL H1120 AT WALTON C.I. IS FAILING TO BE PROPERLY DOCUMENTED BY AND THROUGH "INMATE WITNESS STATEMENTS" IN ACCORDANCE WITH FEDERAL OR STATE OF FLORIDA LAW GOVERNING PROVISIONS UNDER PREA COMPLAINTS.

DESPITE MY VERBAL STATEMENT TO MENTAL HEALTH SERVICES SPECIALIST ON MONDAY, 11/18/24 I WAS SERVED A D.R. ON 11/19/24 @ 9:26 AM (LOG # 108-241877) FOR VIOLATION OF 6-1, "DISOBEYING A VERBAL ORDER" TO RETURN TO THE WALTON COMPOUND AFTER SUCH AN INCIDENT OCCURRED ON 11/15/24 IN CELL H1120.

I HAVE YET TO BE PLACED ON P.M. STATUS, OR REASSIGNED TO I.C.T. TO EVALUATE MY SAFETY CONCERNS RETURNING TO THE WALTON COMPOUND. THE D.R. REPORT ISSUED ON 11/19/24 IS AN ATTEMPT TO CIRCUMVENT EVENTS RELATING TO THE PREA INCIDENT OCCURRING ON 11/15/24, AND THE PREA PROTOCOLS WHICH WOULD TRIGGER MY ASSIGNMENT TO I.C.T., AND MY P.M. STATUS, NEGATING ANY D.R. FOR REFUSING HOUSING UNTIL SUCH PREA EVIDENCE CAN BE PROPERLY INVESTIGATED AND EVALUATED.

11/19/24 — DATE

[signature] M86-232 — SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ # / ____ Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
NOV 20 2024
ASST. WARDEN PROGRAMS
WALTON C.I.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: ____ (Date) Institutional Mailing Log #: 108-2411-038 [signature] (Received By)

108 17H
NF/DF

DISTRIBUTION:

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

129707-4

MAILED/FILED
WITH AGENCY CLERK

DEC 13 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| WILSON, JOHN | M86232 | 24-6-37429 | WALTON C.I. | E1114U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the PREA coordinator. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Based on the foregoing information, your appeal is returned without action.

A. Cochran

| | A. Cochran | 12/03/2024 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

JOHN J. WILSON, JR.
DC# M86-232
WALTON CORRECTIONAL INST.
691 INSTITUTION ROAD
DEFUNIAK SPRINGS, FL 32433

Mailed From A
Correctional
Institution

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 32433
02 7H
0006070546
$ 000.97⁰
DEC 20 2024

(3:24-cv-00616-MW-HTC)

CLERK OF COURT, PENSACOLA DIVISION
U.S. DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502-5658