IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN J. WILSON, JR.,**

    *Plaintiff*,

v.                                      Case No.: 3:24cv616-MW/HTC

**RICKY DIXON, et al.,**

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. As noted in the report and recommendation, Plaintiff has failed to allege facts demonstrating an imminent harm such that Plaintiff may proceed without paying the filing fee. Plaintiff's objections include new factual allegations concerning the purported risk of imminent harm he allegedly faces. However, Plaintiff cannot amend his complaint by providing supplemental allegations in his objections. *See e.g., Davis-Harrison v. Chief U.S. Probation Officer M.D. Fla.*, No. 22-14334, 2024 WL 2874046, at *2 (11th Cir. June 7, 2024) (noting that *pro se* party cannot amend complaint by arguments made in appellate brief, or more generally on appeal, or through a response to a motion to dismiss); *Bennett v. Lynch*, Case No.: 4:11-CV-0030-HLM, 2011 WL 13138102, at *1 n.1 (N.D. Ga. Dec. 29, 2011)

(holding that *pro se* plaintiff cannot amend complaint via statements and arguments contained in objections).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g). Plaintiff may refile his claims and pay the filing fee unless he adequately alleges imminent harm in his refiled complaint. Stated otherwise, Plaintiff is not permitted to file an amended complaint in this case, but he may file a new complaint alleging imminent harm under a new case number. That is, this case is dismissed without prejudice and Plaintiff can try again. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on January 6, 2025.**

s/Mark E. Walker
**Chief United States District Judge**